■ EMMELYN LOGAN-BALDWIN et al., Respondents-Appellants, v ELIZABETH MORNINGSTAR et al., Appellants-Respondents. (Appeal No. 2.)—Appeals unanimously dismissed without costs as moot. Same Memorandum as in *Logan-Baldwin v Morningstar* (187 AD2d 1023 [decided herewith]). (Appeals from Order of Supreme Court, Monroe County, Affronti, J.—Summary Judgment.) Present—Callahan, J. P., Boomer, Balio, Fallon and Doerr, JJ.